IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL L. BOYD**                                                           **PLAINTIFF**
*ADC #115890*

v.                   **CASE NO. 2:22-CV-00145-BSM-JTR**

**DEXTER PAYNE,**
**Director, ADC,** *et al.*                                       **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge J. Thomas Ray's partial recommended disposition [Doc. No. 5] is adopted. Michael Boyd is allowed to proceed with his inadequate medical care and retaliation claims against Dr. Kerstein. All other claims against all other defendants are dismissed without prejudice. The clerk is directed to issue a summons for Dr. Kerstein, and the United States Marshal is directed to serve the summons, complaint [Doc. No. 2], and this order on Dr. Kerstein through the Humphries, Odum & Eubanks law firm, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this 6th day of January, 2023.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE