# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL L. BOYD**  **PLAINTIFF**
*ADC #115890*

v.    CASE NO. 2:22-CV-00145-BSM-BBM

**GARY KERSTEIN**
Doctor, East Arkansas Regional Unit    **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Benecia B. Moore's partial recommended disposition [Doc. No. 69] is adopted. Gary Kerstein's motion for partial summary judgment [Doc. No. 47] is granted, and Michael Boyd's retaliation claim against Kerstein is dismissed without prejudice for failure to exhaust available administrative remedies. Boyd's deliberate indifference claim is limited to the allegations raised and exhausted in grievance EA-22-00333, relating to Boyd's telehealth visit with Kerstein on June 1, 2022. Additionally, Boyd's motion for preliminary injunction [Doc. No. 53] is denied.

IT IS SO ORDERED this 23rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE