IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL L. BOYD**  **PLAINTIFF**
*ADC #115890*

v.   CASE NO. 2:22-CV-00145-BSM

**GARY KERSTEIN**
**Doctor, East Arkansas Regional Unit**   **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 112] is adopted, Gary Kerstein's motion for summary judgment [Doc. No. 93] is granted, and Michael Boyd's remaining deliberate-indifference claim against Kerstein is dismissed with prejudice.

IT IS SO ORDERED this 18th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE