# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL L. BOYD**  **PLAINTIFF**
*ADC #115890*

v.   CASE NO. 2:22-CV-00145-BSM

**GARY KERSTEIN**
Doctor, East Arkansas Regional Unit   **DEFENDANT**

## JUDGMENT

Consistent with the orders entered on January 6, 2023 [Doc. No. 14], January 23, 2024 [Doc. No. 72], and today, Michael Boyd's deliberate-indifference claim against Gary Kerstein is dismissed with prejudice and all of his other claims are dismissed without prejudice.

IT IS SO ORDERED this 18th day of February, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE